**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF**
**TENNESSEE WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CR. No. 26-cr-20020-TLP** |
| | ) | |
| **DENNIS LLOYD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS CRIMINAL COMPLAINT**

---

**COMES NOW,** the United States, by and through D. Michael Dunavant, United States Attorney and Jermal Blanchard, Assistant United States Attorney for the Western District of Tennessee, and for good cause, moves this court to dismiss the Criminal Complaint against Dennis Lloyd.

WHEREFORE**,** the United States hereby moves this Court to dismiss the charges in complaint 26-cr-20020-TLP

Respectfully Submitted,

D. Michael Dunavant
United States Attorney

/s *Jermal Blanchard*________
JERMAL BLANCHARD
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Jermal Blanchard, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion of the United States has been forwarded via the Court's electronic filing system to the defendant, through his attorney.

/s *Jermal Blanchard*________
Jermal Blanchard
Assistant United States Attorney